UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT STEWARD, | No. C 09-777 MHP (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Correctional Officers HOLBERT and HALE, | |
| Defendants. / | |

    This action is dismissed because it was opened in error when plaintiff sent a copy of the complaint from Case No. C 08-5615 to the court for service of process in that action. The in forma pauperis applications are DISMISSED. (Docket # 2, # 4.) No filing fee is due. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: May 14, 2009

                                                  Marilyn Hall Patel
                                                  United States District Judge